UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    06-cr-00046-1 (PAC) |
|     - against - | : |
| | :    **ORDER** |
| DAVID GONZALEZ, | : |
|     Defendant. | : |

------------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

Before the Court is David Gonzalez's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines Manual. Mot. for Sent. Reduction, ECF No. 104. When Gonzalez filed this motion on January 16, 2015, he was incarcerated at MDC Brooklyn. But he was released on March 23, 2018.[1] Fed. Bureau of Prisons Inmate Locator, https://www.bop.gov/inmateloc/ (search inmate register number "13755-067") (last visited Dec. 16, 2020). Accordingly, because the Court cannot reduce a sentence that Gonzalez has already served, it must dismiss his motion as moot.[2]

---

[1] Gonzalez's case was reassigned to this Court on December 16, 2020. ECF No. 105.

[2] *United States v. Garcia*, No. 04 Cr 218 (RMB), 2016 WL 4097844, at *2 (S.D.N.Y. July 25, 2016) (dismissing motion for sentence reduction under 18 U.S.C. § 3582(c)(2) as moot because defendant had been released from prison and "Amendment 782 does not apply to a term of supervised release.").

1

Gonzalez's motion for a sentence reduction is DISMISSED. His request for the appointment of counsel to assist with that motion is denied as moot. The Clerk of Court is directed to close the docket at ECF No. 104.

Dated: New York, New York  
      April 14, 2021

SO ORDERED

*Paul A. Crotty*

PAUL A. CROTTY

United States District Judge